IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| NYEISHA S. GHEE and LISA Y. CAMPBELL, ADMINISTRATORS OF THE ESTATE OF MARK KAHLIL GHEE, DECEASED, : : : : : | |
| Plaintiffs, : : | |
| v.  : : | Case No.: 3:26-cv-159 |
| PINETREE APARTMENTS, LLC, et al. : : | |
| Defendants. : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Philip C. Krone, Esq., and the law firm of Dunn Craig & Francuzenko, PLLC, as counsel on behalf of Defendant PestNow of Central Virginia, LLC in this matter.

Respectfully submitted,

  /s/  *Philip C. Krone*
Philip C. Krone, VA Bar #87723
Dunn Craig & Francuzenko, PLLC
3251 Blenheim Boulevard, Suite 404
Fairfax, VA 22030
T: (703) 865-7480
F: (703) 434-3510
pkrone@dunncraig.com
*Counsel for Defendant PestNow of Central Virginia, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March 2026, I served a copy of the foregoing Notice of Appearance upon the following via ECF filing:

Mark J. Krudys (VSB No. 30718)  
Daniel Guinnane Zemel (VSB No. 95073)  
The Krudys Law Firm, PLC  
Truist Place  
919 East Main Street, Suite 2020  
Richmond, VA 23219  
Telephone: 804-774-7950  
mkrudys@krudys.com  
dzemel@krudys.com  
*Counsel for Plaintiff*

Charles H Cuthbert, Jr. (VSB No. 14519)  
Richard M. Cuthbert (VSB No. 82025)  
Cuthbert Law Offices, P.C.  
220 North Sycamore Street  
Petersburg, VA 23803-3228  
Telephone: 804-733-3100  
ccuthbert@cuthbertlaw.com  
rcuthbert@cuthbertlaw.com  
*Counsel for Plaintiff*

Joseph P. Moriarty (VSB No. 68465)  
Kevin M. Kennedy (VSB No. 75071)  
Bryn L. Clegg (VSB No. 96923)  
WILLCOX & SAVAGE, P.C.  
440 Monticello Avenue, Suite 2200  
Norfolk, Virginia 23510-2243  
Telephone: (757) 628-5500  
jmoriarty@wilsav.com  
kkennedy@wilsav.com  
bclegg@wilsav.com  
*Counsel for Pinetree Apartments, LLC, Clearfield/Pinetree Apartments, LLC, Beachwold Partners, LP, Beachwold Holdings, LLC, South Oxford Management, LLC, Nadra Yohannes, Ricky McConnell, and Alvin Peebles*

    /s/  *Philip C. Krone*  
Philip C. Krone, VA Bar #87723  
Dunn Craig & Francuzenko, PLLC  
3251 Blenheim Boulevard, Suite 404  
Fairfax, VA 22030  
T: (703) 865-7480  
F: (703) 434-3510  
pkrone@dunncraig.com

*Counsel for Defendant PestNow of Central Virginia, LLC*

Case 3:26-cv-00159-RCY   Document 4   Filed 03/05/26   Page 3 of 3 PageID# 245

3

*Counsel for Defendant PestNow of Central Virginia, LLC*