# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| NYEISHA S. GHEE and LISA Y. CAMPBELL, ADMINISTRATORS OF THE ESTATE OF MARK KAHLIL GHEE, DECEASED, | : : : : |
| Plaintiff, | : : |
| v. | : : |
| PINETREE APPARTMENTS, LLC *et al.*, | : : |
| Defendants. | : |

Civil Action No. 3:26-cv-159

## DEFENDANT PESTNOW'S MOTION TO DISMISS

COMES NOW the Defendant PestNow of Central Virginia, LLC ("Defendant" or "PestNow"), by and through counsel, and moves to dismiss the Plaintiff, Nyeisha S. Ghee and Lisa Y. Campbell, Administrators of the Estate of Mark Kahlil Ghee, Deceased's, Complaint against it pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. In support thereof, Defendant refers the Court to its memorandum in support filed herewith.

Respectfully Submitted,

_____/s/_____
Alexander Francuzenko, VA Bar #36510
Philip C. Krone, VA Bar #87723
Dunn Craig & Francuzenko, PLLC
3251 Blenheim Blvd., Suite 404
Fairfax, VA 22030
T: (703) 865-7480
F: (703) 434-3510
alex@dunncraig.com
pkrone@dunncraig.com
*Counsel for Defendant PestNow*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of March 2026, I filed the foregoing Motion to Dismiss with the Clerk of Court via CM/ECF which notifies all parties electronically:

Charles H Cuthbert, Jr. (VSB No. 14519)
Richard M. Cuthbert (VSB No. 82025)
Cuthbert Law Offices, P.C.
220 North Sycamore Street
Petersburg, VA 23803-3228
T: (804) 733-3100
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com
*Counsel for Plaintiff*

Mark J. Krudys (VSB No. 30718)
Daniel Guinnane Zemel (VSB No. 95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
T: (804) 774-7950
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75071)
Bryn L. Clegg (VSB No. 96923)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
T: (757) 628-5500
jmoriarty@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com
*Counsel for Pinetree Apartments, LLC, Clearfield/Pinetree Apartments, LLC, Beachwold Partners, LP, Beachwold Holdings, LLC, South Oxford Management, LLC, Nadra Yohannes, Ricky McConnell, and Alvin Peebles*

                                                  _____/s/_____
                                                  Alexander Francuzenko, VA Bar #36510
                                                  Philip C. Krone, VA Bar #87723
                                                  Dunn Craig & Francuzenko, PLLC
                                                  3251 Blenheim Blvd., Suite 404
                                                  Fairfax, VA 22030
                                                  T: (703) 865-7480
                                                  F: (703) 434-3510
                                                  alex@dunncraig.com
                                                  pkrone@dunncraig.com
                                                  *Counsel for Defendant PestNow*