IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NYEISHA S. GHEE and LISA Y. CAMPBELL,
ADMINISTRATORS OF THE ESTATE OF
MARK KAHLIL GHEE, DECEASED,

    Plaintiffs,

v.                                      Civil Action No.: 3:26-cv-159- RCY

PINETREE APARTMENTS, LLC,
CLEARFIELD/PINETREE APARTMENTS, LLC
BEACHWOLD PARTNERS, LP,
BEACHWOLD HOLDINGS, LLC,
BEACHWOLD RESIDENTIAL, LLC
SOUTH OXFORD MANAGEMENT, LLC,
NADRA YOHANNES,
RICKY MCCONNELL,
ALVIN PEEBLES, and
PESTNOW OF CENTRAL VIRGINIA, LLC,

    Defendants.

## **PARTIAL 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

NOW COME defendants Pinetree Apartments, LLC, Beachwold Holdings, LLC, Beachwold Residential, LLC, South Oxford Management, LLC, Nadra Yohannes, Ricky McConnell, and Alvin Peebles (collectively "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), move this Court to dismiss Plaintiffs' Complaint against Defendants with prejudice. The grounds for Defendants' Motion are more fully set forth in the accompanying Memorandum in Support, being filed this day.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiffs' Complaint with prejudice, award Defendants their costs incurred in defense of Plaintiffs' Complaint, and grant all other such relief as the Court deems just and proper.

PINETREE APARTMENTS, LLC,
BEACHWOLD HOLDINGS, LLC,
BEACHWOLD RESIDENTIAL, LLC,
SOUTH OXFORD MANAGEMENT, LLC,
NADRA YOHANNES, RICKY MCCONNELL,
and ALVIN PEEBLES

By: /s/ Joseph P. Moriarty
Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75071)
Bryn L. Clegg (VSB No. 96923)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
jmoriarty@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com
*Counsel for Pinetree Apartments, LLC, Beachwold Holdings, LLC, Beachwold Residential, LLC, South Oxford Management, LLC, Nadra Yohannes, Ricky McConnell, and Alvin Peebles*

I-3033448.1

**CERTIFICATION**

    I hereby certify that on this 6th day of March, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    Charles H Cuthbert, Jr. (VSB No. 14519)
    Richard M. Cuthbert (VSB No. 82025)
    Cuthbert Law Offices, P.C.
    220 North Sycamore Street
    Petersburg, VA 23803-3228
    Telephone:  804-733-3100
    ccuthbert@cuthbertlaw.com
    rcuthbert@cuthbertlaw.com
    *Counsel for Plaintiff*

    Mark J. Krudys (VSB No. 30718)
    Daniel Guinnane Zemel (VSB No. 95073)
    The Krudys Law Firm, PLC
    Truist Place
    919 East Main Street, Suite 2020
    Richmond, VA 23219
    Telephone:  804-774-7950
    mkrudys@krudys.com
    dzemel@krudys.com
    *Counsel for Plaintiff*

    Alexander Francuzenko (VSB No. 36510)
    Philip C. Krone (VSB No. 87723)
    Dunn Craig Francuzenko
    3251 Blenheim Blvd., Suite 404
    Fairfax, VA 22030
    Telephone: 703-856-7480
    alex@dunncraig.com
    pkrone@dunncraig.com
    *Counsel for PestNow of Central Virginia, LLC*

    */s/ Joseph P. Moriarty*
    Joseph P. Moriarty (VSB No. 68465)
    Kevin M. Kennedy (VSB No. 75071)
    Bryn L. Clegg (VSB No. 96923)
    WILLCOX & SAVAGE, P.C.
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510-2243
    Telephone: (757) 628-5500
    jmoriarty@wilsav.com

I-3033448.1

        kkennedy@wilsav.com
        bclegg@wilsav.com
*Counsel for Pinetree Apartments, LLC, Beachwold Holdings, LLC, Beachwold Residential, LLC, South Oxford Management, LLC, Nadra Yohannes, Ricky McConnell, and Alvin Peebles*

4