IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NYEISHA S. GHEE and LISA Y. CAMPBELL,
ADMINISTRATORS OF THE ESTATE OF
MARK KAHLIL GHEE, DECEASED,

    Plaintiffs,

v.                                                                Civil Action No.:  3:26-cv-159-RCY

PINETREE APARTMENTS, LLC,
CLEARFIELD/PINETREE APARTMENTS, LLC
BEACHWOLD PARTNERS, LP,
BEACHWOLD HOLDINGS, LLC,
BEACHWOLD RESIDENTIAL, LLC
SOUTH OXFORD MANAGEMENT, LLC,
NADRA YOHANNES,
RICKY MCCONNELL,
ALVIN PEEBLES, and
PESTNOW OF CENTRAL VIRGINIA, LLC,

    Defendants.

## 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT

NOW COME defendants Beachwold Partners, LP and Clearfield/Pinetree Apartments, LLC (collectively "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), moves this Court to dismiss Plaintiffs' Complaint against them with prejudice. The grounds for Defendants' Motion are more fully set forth in the accompanying Memorandum in Support, being filed this day.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiffs' Complaint with prejudice, award Defendants its costs incurred in defense of Plaintiffs' Complaint, and grant all other such relief as the Court deems just and proper.

I-3033763.1

**BEACHWOLD HOLDINGS, LP, and
CLEARFIELD/PINETREE APARTMENTS, LLC**

By:   */s/ Joseph P. Moriarty*
     Joseph P. Moriarty (VSB No. 68465)
     Kevin M. Kennedy (VSB No. 75071)
     Bryn L. Clegg (VSB No. 96923)
     WILLCOX & SAVAGE, P.C.
     440 Monticello Avenue, Suite 2200
     Norfolk, Virginia 23510-2243
     Telephone: (757) 628-5500
     jmoriarty@wilsav.com
     kkennedy@wilsav.com
     bclegg@wilsav.com
     *Counsel for Defendants Beachwold Partners, LP, and Clearfield/Pinetree Apartments, LLC*

## **CERTIFICATION**

      I hereby certify that on this 6th day of March, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      Charles H Cuthbert, Jr. (VSB No. 14519)
      Richard M. Cuthbert (VSB No. 82025)
      Cuthbert Law Offices, P.C.
      220 North Sycamore Street
      Petersburg, VA 23803-3228
      Telephone:  804-733-3100
      ccuthbert@cuthbertlaw.com
      rcuthbert@cuthbertlaw.com
      *Counsel for Plaintiff*

      Mark J. Krudys (VSB No. 30718)
      Daniel Guinnane Zemel (VSB No. 95073)
      The Krudys Law Firm, PLC
      Truist Place
      919 East Main Street, Suite 2020
      Richmond, VA 23219
      Telephone:  804-774-7950
      mkrudys@krudys.com
      dzemel@krudys.com
      *Counsel for Plaintiff*

      Alexander Francuzenko (VSB No. 36510)
      Philip C. Krone (VSB No. 87723)
      Dunn Craig Francuzenko
      3251 Blenheim Blvd., Suite 404
      Fairfax, VA 22030
      Telephone: 703-856-7480
      alex@dunncraig.com
      pkrone@dunncraig.com
      *Counsel for PestNow of Central Virginia, LLC*

      */s/ Joseph P. Moriarty*
      Joseph P. Moriarty (VSB No. 68465)
      Kevin M. Kennedy (VSB No. 75071)
      Bryn L. Clegg (VSB No. 96923)
      WILLCOX & SAVAGE, P.C.
      440 Monticello Avenue, Suite 2200
      Norfolk, Virginia 23510-2243
      Telephone: (757) 628-5500
      jmoriarty@wilsav.com

I-3033763.1

        kkennedy@wilsav.com
        bclegg@wilsav.com
        *Counsel for Defendants Beachwold Partners, LP,*
        *and Clearfield/Pinetree Apartments, LLC*

4