**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

NYEISHA S. GHEE and LISA Y. CAMPBELL,
ADMINISTRATORS OF THE ESTATE OF
MARK KAHLIL GHEE, DECEASED,

        Plaintiffs,

                                    Civil Action No.: 3:26-cv-159-RCY

        v.

PINETREE APARTMENTS, LLC, *et al.*,

        Defendants.

## <u>PLAINTIFFS' MOTION TO REMAND</u>

For the reasons stated in the accompanying Memorandum in Support, Plaintiffs Nyeisha

S. Ghee and Lisa Y. Campbell, Administrators of the Estate of Mark Kahlil Ghee, Deceased, by

counsel, respectfully move that this Court decline jurisdiction and remand this case to the Circuit

Court of the City of Petersburg and grant such other just relief that the Court deems proper. A

proposed Order is attached hereto.

                                        Respectfully submitted,

                                        NYEISHA S. GHEE and LISA Y.
                                        CAMPBELL, ADMINISTRATORS OF
                                        THE ESTATE OF MARK KAHLIL GHEE,
                                        DECEASED,

                                        By*:   /s/ Mark J. Krudys*
                                            Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices,
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100
Fax: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
(804) 774-7950
Fax: (804) 381-4458
mkrudys@krudys.com
dzemel@krudys.com

2

## Certificate of Service

I hereby certify that on this 20th day of March 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                     */s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place, 919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
*Counsel for Plaintiffs*

3