**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

NYEISHA S. GHEE and LISA Y. CAMPBELL,
ADMINISTRATORS OF THE ESTATE OF
MARK KAHLIL GHEE, DECEASED,

      Plaintiffs,

                                    Civil Action No.: 3:26-cv-00159-RCY

      v.

PINETREE APARTMENTS, LLC, *et al.*,

      Defendants.

**PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANTS BEACHWOLD
PARTNERS, LP, AND CLEARFIELD/PINETREE APARTMENTS, LLC**

COMES NOW Plaintiffs Nyeisha S. Ghee and Lisa Y. Campbell, Administrators of the

Estate of Mark Kahlil Ghee, Deceased, by counsel, and pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i) voluntarily dismiss, without prejudice, their claims against Defendants Beachwold

Partners, LP and Clearfield/Pinetree Apartments, LLC.  Neither Defendant Beachwold Partners,

LP nor Defendant Clearfield/Pinetree Apartments LLC have filed an answer or a motion for

summary judgment. All claims against all other Defendants remain unaffected.

                        Respectfully submitted,

                        NYEISHA S. GHEE and LISA Y. CAMPBELL,
                        ADMINISTRATORS OF THE ESTATE OF
                        MARK KAHLIL GHEE, DECEASED

                        By:    /s/ Mark Krudys
                                Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices,
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100
Fax: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
(804) 774-7950
Fax: (804) 381-4458
mkrudys@krudys.com
dzemel@krudys.com

2

**Certificate of Service**

I hereby certify that on this 20th day of March 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Mark J. Krudys
Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
*Counsel for Plaintiffs*