

2227 Country Rd. Beaverdam, VA 23015                540-205-8137    804-589-1009


Date: March 18, 2019

Re:    Pinetree Apartments
       Bldgs. B,C,G,J,K,O & P
       Termite treatmentS


To Whom it May Concern,

Pestnow inspected buildings A-P today as requested for the purchase of the property. The inspector found live termites on the exterior of clusters B, C, G, J, K, O & P. The clubhouse was inspected as well and was clear. Pestnow recommends treating the full exterior of all the clusters mentioned above that had active termites but also clusters A, D, F, H, I, L & M for preventative measures. Clusters N and E have already been treated for termites by Pestnow and currently have warranties on them. Treatment would consist of trenching and rodding around the full exterior of each cluster. The cost of the treatment is $3,000.00 per cluster if only the clusters that had evidence are treated. If all clusters are treated at the same time, including the ones that had no evidence of termites, a total of 12 clusters, the cost would be $2,500.00 per cluster. These termite treatments come with an annual renewable warranty price of $250.00 if all clusters are treated and $300.00 per cluster if only the ones with activity are treated.

We highly recommend that treatment be performed before the new mulch is put down around the exterior of the clusters.

Please let me know what you decide as far as treatments. I will have to accommodate the technicians schedule depending on how many clusters are going to be done.

Thank you,

Rhonda Grubbs
Office Manager, Pestnow
804-589-1009
rgrubbs@pestnow.com


EXHIBIT A