IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| NYEISHA S. GHEE, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26CV159 (RCY) |
| | ) | |
| PINETREE APARTMENTS, LLC, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter is before the parties' Joint Motion for Extension of Time to File Response/Reply ("Joint Motion for Extension of Time," ECF No. 20). Therein, the parties request an extension of time for filing pleadings related to Plaintiffs' Motion to Remand. The parties represent that such relief is necessary due to the Easter holiday.

Considering the consented nature of the motion, the parties' Joint Motion for Extension of Time (ECF No. 20) is GRANTED. Defendants SHALL file their response on or before **April 6, 2026**, and Plaintiffs SHALL file their reply thereto on or before **April 14, 2026**.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____
Roderick C. Young
Date: April 6, 2026
Richmond, Virginia
United States District Judge