IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NYEISHA S. GHEE, *et al.*,<br>*Administrators of the Estate of Mark Khalil Ghee, Deceased*,<br>Plaintiffs,<br><br>v.<br><br>PINETREE APARTMENTS, LLC, *et al.*,<br>Defendants. | Civil Action No. 3:26CV159 (RCY) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Remand (ECF No. 12). For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby GRANTS the Motion to Remand (ECF No. 12). Accordingly, the Court hereby ORDERS that the matter be REMANDED to the Circuit Court for the City of Petersburg.

The Clerk is DIRECTED to file this Order electronically and send a copy to the Clerk for the Circuit Court for the City of Petersburg.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 14, 2026
Richmond, Virginia